~~ORIGINAL~~

**FILED**

NOV 1 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>C.D.C.R., et al.,<br><br>    Defendants. | No. C 13-02513 HRL (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against Mule Creek State Prison officials. Plaintiff claims that Defendants provided inadequate medical care with respect to his oral surgery in January 2012. Because the acts complained of occurred in Amador County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: 11/12/13

_____
HOWARD R. LLOYD
United States Magistrate Judge

Order of Transfer
G:\PRO-SE\HRL\CR.13\02513Mendoza_transfer.wpd



**FILED**

NOV 1 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL A MENDOZA,

        Plaintiff,

v.

C.D.C.R., et al.,

        Defendants.
_____/

Case Number: CV13-02513 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __11/12/13__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel A. Mendoza T-44066
Mule Creek State Prison
P.O. Box 409000
Ione, CA 95640

Dated: __11/12/13__

Richard W. Wieking, Clerk