UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MENDOZA, | No. 2:13-cv-2366 AC P |
| Plaintiff, | |
| v. | ORDER |
| NEAL P. SWANN, D.D.S., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

    On January 1, 2015, plaintiff filed a request for a court-appointed expert witness. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (per curiam). Notwithstanding plaintiff's in forma pauperis status, Congress has not authorized the expenditure of public funds for expert witnesses. See 28 U.S.C. § 1915.

////
////
////
////
////

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a court appointed expert witness (ECF No. 38) is DENIED.

DATED: January 15, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE