BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, P. C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA  94939
Tel:  (415) 464-8888
Fax:  (415) 464-8887

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MENDOZA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEAL P. SWANN, D.D.S.,<br><br>　　　　　Defendant. | No. 2:13-cv-02366 AC P<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>The Honorable Allison Claire<br>Courtroom 26, 8th Floor |

After consideration of the Consent Order Granting Substitution of Attorney submitted by Defendant Neal P. Swann, D.D.S., and executed by new counsel, see ECF No. 41, and good cause appearing therefor;

IT IS ORDERED that new counsel Office of the Attorney General, Vickie P. Whitney, is hereby substituted as counsel for Defendant Neal P. Swann, D.D.S.

IT IS FURTHER ORDERED that the Clerk of Court shall designate this action a "Consent" case proceeding under the jurisdiction of the undersigned magistrate judge for all purposes. See 28 U.S.C. § 636(c); Local Rule 305(a). See ECF Nos. 12, 19-2.

DATED: February 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE