IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DANIEL A. MENDOZA

                 Plaintiff,

v.

NEAL P. SWANN, D.D.S.

                 Defendant.

Case No. 2:13-cv-02366 AC P

~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

~~Hearing Date: September 2, 2015~~
~~Time: 10:00 a.m.~~
~~Judge: Hon. Allison Claire~~
~~Courtroom: Courtroom 26, 8th floor~~

The Court having considered Plaintiff's unopposed Motion for Leave to File his proposed Third Amended Complaint, and good cause appearing under Rule 15(a)(2), Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 48, is granted;

2. Plaintiff shall file and serve his Third Amended Complaint on defendant within seven (7) days after the filing date this order, Fed. R. Civ. P. 5; defendant shall file a response to the amended pleading within fourteen (14) days after service thereof, Fed. R. Civ. P. 15(a)(3).

3. The proposed hearing is vacated.

DATED: July 21, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE