UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. MENDOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEAL P. SWANN, D.D.S.,<br><br>　　　　Defendant. | No. 2:13-cv-02366 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with appointed counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action proceeds against sole defendant Neal P. Swann, D.D.S., on plaintiff's Eighth Amendment claim that defendant was deliberately indifferent to plaintiff's serious medical needs when plaintiff was previously incarcerated at Mule Creek State Prison. This action now proceeds on plaintiff's Third Amended Complaint, ECF No. 50, which defendant timely answered, ECF No. 51. The deadline for conducting discovery is December 5, 2015, and the deadline for filing pretrial dispositive motions is April 15, 2016. See ECF No. 47. The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes. See 28 U.S.C. § 636(c); Local Rule 305(a); ECF No. 42.

Pursuant to the parties' Joint Statement filed June 5, 2015, both parties expressed the opinion that an early settlement conference may be mutually beneficial. See ECF No. 46. Plaintiff intended to provide defendant with a demand by July 20, 2015, and defendant reserved

1

1 committing to a settlement conference until after receipt of the demand. Id. at 2.

2     Although discovery remains pending in this action, and a settlement conference is not
3 required, the scheduling of a settlement conference before the undersigned magistrate judge or
4 another magistrate judge should be requested at the earliest opportunity.

5     Accordingly, IT IS HEREBY ORDERED that, within thirty (30) days after the filing date
6 of this order, counsel for both parties shall file a joint statement advising the court whether they
7 request that a settlement conference be scheduled and, if so, whether the parties agree that the
8 conference may be mediated by the undersigned magistrate judge or should be scheduled before
9 another magistrate judge.

10 DATED: August 26, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2