1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL A. MENDOZA,                          No.  2:13-cv-2366 AC (PC)

12                   Plaintiff,

13                                               ORDER
        v.
14
     NEAL P. SWANN,
15
16                   Defendant.

17

18          Pursuant to the parties' joint statement filed on September 22, 2015 (ECF No. 56), IT IS

19   HEREBY ORDERED that:

20          1.   A settlement conference is set for December 2, 2015, at 9:30 a.m., in Courtroom No.

21               25 before Magistrate Judge Kendall J. Newman.  Counsel for each party shall have a

22               principal(s) with full settlement authority present at the settlement conference, or shall

23               be fully authorized to settle the matter on any terms.

24          2.   The parties are directed to exchange non-confidential settlement conference statements

25               seven (7) days prior to the settlement conference.  These statements shall be

26               simultaneously delivered to the court using the following e-mail address:

27               kjnorders@caed.uscourts.gov.  If a party desires to share additional confidential

28               information with the court, it may do so pursuant to the provisions of Local Rule

                                                   1

270(d) and (e).

3. Not later than 21 days prior to the settlement conference, plaintiff shall submit to defendant via fax or e-mail a written itemization of damages and a meaningful settlement demand which includes a brief explanation of why such a settlement is appropriate.

4. Not later than 14 days prior to the settlement conference, defendant shall respond, via fax or e-mail, with either an acceptance of the demand or with a meaningful counteroffer, and which includes a brief explanation of why such a settlement is appropriate.

5. If settlement is not achieved informally, the parties shall deliver the written settlement demand and counteroffer, along with their respective settlement conference statements, to the court at the above-mentioned e-mail address, not later than seven (7) days prior to the settlement conference.

IT IS SO ORDERED.

Dated:  September 28, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2