UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**DANIEL A. MENDOZA**,

        Plaintiff,                      No. 2:13-cv-02366 AC P

vs.

**NEAL P. SWANN, D.D.S.**,

        Defendant.               **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Daniel A. Mendoza, inmate CDCR # T44066, a necessary and material witness in settlement proceedings in this case on Wednesday, December 2, 2015, at 9:30 a.m., is confined at Salinas Valley State Prison, 31625 Highway 101, Soledad, California 93960, in the custody of the Warden. In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, United States District Court, Eastern District of California, 501 I Street, Courtroom No. 25 (8th Floor), Sacramento, California 95814, on Wednesday, December 2, 2015, at 9:30 a.m.

      **ACCORDINGLY, IT IS HEREBY ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Salinas Vallery State Prison Warden to produce the inmate named above to participate in a settlement conference before the United States District Court at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to Salinas Valley State Prison;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison-Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, California 93960:**

      **WE COMMAND** you to produce the inmate named above to participate in settlement proceedings before the United States District Court at the time and place noted above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 13, 2015

                                                      */s/ Allison Claire*
                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE